**Order filed March 29, 2022**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00094-CR
_____

**HERBERT BRISCOE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1739168**

## ORDER

Appellant is represented by appointed counsel, Carmen Roe. No reporter's record has been filed in this case. Linda Hacker, the official court reporter for the 183rd District Court, informed this court that appellant has not paid or made arrangements to pay for the reporter's record and is not appealing as indigent. On March 7, 2022, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, requested preparation of the record and made arrangements to pay the court reporter for preparing the record, if not filing as an

indigent party, and provided this court with proof of the request as well as payment or indigency. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we ORDER appellant's appointed counsel, Carmen Roe, to file a brief in this appeal on or before April 28, 2022. If Carmen Roe does not timely file the brief as ordered, we will issue an order requiring the trial court to hold a hearing to determine why the brief has not been filed.

PER CURIAM

Panel Consists of Justices Wise, Poissant, and Wilson.